UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**Case No. 0:20- cv-61892-WPD**

NICHOLE MENDEZ, on behalf of herself
and others similarly situated,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC.,

      Defendant.
_____/

## JOINT NOTICE OF MEDIATOR SELECTION

The undersigned counsel hereby file this Joint Notice of Mediator Selection to represent that they have jointly selected Steven R. Jaffe of Upchurch Watson White & Max, located at 900 South Pine Island Road, Suite 410, Plantation, FL 33324 to mediate this matter. The parties will subsequently file a Notice of Scheduled Mediation listing the date, time, and location of the mediation in accordance with Local Rule 16.2 (d).

Dated this **21st** day of **October, 2020**.

| | |
|---|---|
| */s/ Michael L. Greenwald* | */s/ Ernest H. Kohlmyer, III* |
| Michael L. Greenwald, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No.: 761761 | Florida Bar No. 110108 |
| Aaron D. Radbil, Esquire | Skohlmyer@shepardfirm.com |
| Florida Bar No.: 47117 | Leia V. Leitner, Esquire |
| Greenwald Davidson Radbil, PLLC | Florida Bar No. 105621 |
| 7601 N. Federal Highway, Suite A-230 | lleitner@shepardfirm.com |
| Boca Raton, FL 33487 | Shepard, Smith, Kohlmyer & Hand, P.A. |
| Telephone: (561) 826-5477 | 2300 Maitland Center Parkway, Suite 100 |
| mgreenwald@gdrlawfirm.com | Maitland, Florida 32751 |
| aradbil@gdrlawfirm.com | Telephone (407) 622-1772 |
| *Attorneys for Plaintiff* | Facsimile (407) 622-1884 |
| | *Attorneys for Defendant, HRRG* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **October 21, 2020**, via the Clerk of Court's CM/ECF system which will provide electronic notice to the following:  Michael L. Greenwald, Esquire and Aaron D. Radbil, Esquire of Greenwald Davidson Radbil, PLLC at mgreenwald@gdrlawfirm.com and aradbil@gdrlawfirm.com *(Attorney for Plaintiff)*.

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III , Esquire
Florida Bar Number: 110108
SKohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
Leia V. Leitner, Esquire
Florida Bar No. 105621
lleitner@shepardfirm.com
2300 Mailtland Center Parkway, Suite 100
Maitland, Florida 32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant Healthcare Revenue Recovery Group, LLC*