UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61892-CIV-DIMITROULEAS

NICHOLE MENDEZ, on behalf of herself and
others similarly situated,

    Plaintiffs,

vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the parties' Stipulation of Dismissal, filed on May 13, 2021. [DE 14] ("Joint Stipulation"). The Court has considered the Joint Stipulation, reviewed the file, and is otherwise advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation [DE 14] is **APPROVED**;

2. The above-styled case is **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record