UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61892-CIV-DIMITROULEAS

NICHOLE MENDEZ, on behalf of herself and
others similarly situated,

      Plaintiffs,

vs.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC,

      Defendant.

_____/

### AMENDED[1] ORDER OF DISMISSAL

THIS CAUSE comes before the Court on the parties' Stipulation of Dismissal, filed on

May 13, 2021. [DE 14] ("Joint Stipulation"). The Court has considered the Joint Stipulation,

reviewed the file, and is otherwise advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Joint Stipulation [DE 14] is **APPROVED**;

2.  The above-styled case is **DISMISSED WITHOUT PREJUDICE**;

3.  The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 28th day of May, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] Amended only to correct that the dismissal is without prejudice. *See* [DE 14].

Copies furnished to:

Counsel of Record